**Electronically Filed**
**Supreme Court**
**SCWC-15-0000482**
**13-JAN-2017**
**12:28 PM**

SCWC-15-0000482

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BRANDON K. HILLIS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000482 CR. NO. 13-1-1781)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Brandon K. Hillis'

application for writ of certiorari filed on December 7, 2016, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, January 13, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

